UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. 06-cr-0029

vs.

## ORDER TO PAY

Patrick Burns

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

    City       State       Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: 12-1-06     Patrick J. Burns
                               DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 06-cr-0029    FINE 250.00    ASGMT. 25.00
CITATION / CASE NO: _____    FINE _____    ASGMT. _____
CITATION / CASE NO: _____    FINE _____    ASGMT. _____
CITATION / CASE NO: _____    FINE _____    ASGMT. _____

[X] **FINE TOTAL** of $ 250.00 and a penalty assessment of $ 25.00 within 1 year _____ days/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
[X] **PROBATION** to be (unsupervised) ~~supervised~~ for: 1 year. Probation to terminate upon removal of four pick-up loads of refuse from dump site and payment of fine.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ 501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 12-1-06

U.S. MAGISTRATE JUDGE

Clerk's Office

EDCA - 03 Rev 8/97